NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1052

SE-KURE CONTROLS, INC.,

Plaintiff/Cross Claim Defendant-
Appellant,

v.

DIAM USA, INC.,

Defendant-Appellee,

and

POP DISPLAYS USA, LLC (successor in interest to Diam USA, Inc.),

Third Party Plaintiff-Appellee,

and

POP DISPLAYS, LLC, POP DISPLAYS, INC., and
DIAM INTERNATIONAL, INC.,

Defendants,

v.

TELEFONIX, INC.,

Cross Claim Plaintiff/Third Party
Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Illinois in case
no. 06-CV-4857, Judge Ronald A. Guzman.

ON MOTION

O R D E R

Se-Kure Controls, Inc. moves for judicial notice of a United States Patent and Trademark Office reexamination decision. The appellees oppose. Se-Kure replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, the response, and the reply shall be transmitted to the merits panel.

(2)    Within seven days of the date of filing of this order, Se-Kure is directed to file three additional copies of the appendices it attached to the motion, for transmission to the merits panel.

FOR THE COURT

MAR 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Richard D. Harris, Esq.
       Lee F. Grossman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2010

JAN HORBALY
CLERK

2010-1052                           2